No. 4,161.—C. L. REED ET AL., RESPONDENTS, *v.* W. B. JORDAN, APPELLANT.

*Appeal from District Court, Custer County; Daniel L. O'Hern, Judge.*

Decided May 19, 1920.

PER CURIAM.—Pursuant to motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. Sharpless Walker* and *Mr. W. C. Packer,* for Appellant.

*Mr. Geo. W. Farr,* for Respondent.

---

No. 4,642.—STATE EX REL. WM. SPIDEL, RELATOR, *v.* HARRY BARR ET AL., RESPONDENTS.

Original application for Writ of Mandate.

Decided May 19, 1920.

PER CURIAM.—The application for writ of mandate herein, heretofore presented, is denied.

*Mr. John J. Jewell,* for Relator.